B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS (SHERMAN)

IN RE: MICHAEL P. VALLEAU AND   CASE NO. 17-40138
TAMMY T. VALLEAU,
DEBTOR

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Servis One, Inc. DBA BSI Financial Services | Mortgage Solutions of Colorado, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Phone: (214) 635-2650
Last Four Digits of Acct #: XXXXXX5058

Court Claim # (if known): 9-1
Amount of Claim: $148,567.53
Date of Claim Filed: 4/13/2017

Phone: (800) 669-0340
Last Four Digits of Acct. #: 7848

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services,
314 S Franklin St. P.O. Box 517
Titusville, PA 16354

Phone:
Last Four Digits of Acct #: XXXXXX5058

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Stephen Wu                              Date: December 21, 2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

21-000005-386